UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Magistrate Number: |
| v. : | |
| : | VIOLATION:  18 U.S.C. §641; |
| **JERRY JEFFRIES,** : | 22 D.C. Code, Section 3216; |
| : | 22 D.C. Code, Sections 3221(b), |
| Defendant. : | 3222(b)(2) |
| : | |
| : | (Embezzlement of Government Property; |
| : | Taking Property Without Right; Fraud in |
| : | the Second Degree) |
| : | |
| : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about March 25, 2007, within the District of Columbia, the defendant, Jerry Jeffries, wilfully and knowingly did embezzle and convert to his own use a thing of value of the United States, that is, an Acer brand laptop computer, which said property had come into the possession and under the care of defendant Jerry Jeffries by virtue of his employment as a computer technician within the Information Technology Department of the Department of Labor, Office of the Chief Financial Officer.

(**Embezzlement of Government Property**, in violation of Title 18, United States Code, Section 641).

## COUNT TWO

On or about March 25, 2007, within the District of Columbia, the defendant, Jerry Jeffries, without a right to do so, took and carried away property consisting of an Acer brand laptop computer, belonging to the United States.

(**Taking Property Without Right**, in violation of 22 D.C. Code, Section 3216.

## COUNT THREE

Commencing on or about September 1, 2005, and continuing thereafter to on or about July 10, 2006, within the District of Columbia, the defendant, Jerry Jeffries, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of the United States by means of a false or fraudulent pretense, representation, and promise and thereby obtained property of value belonging to the United States, consisting of Metropolitan Area Transit Authority Transit Cards (Metro Transit Cards).

(**Fraud in the Second Degree**, in violation of 22 D.C. Code, Sections 3221(b), 3222(b)(2).

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar # 498610

By: _____
DONNELL TURNER
Assistant United States Attorney
Maryland Bar
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1419