UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No. 07-238M |
| | : | |
| v. | : | |
| | : | |
| JERRY JEFFRIES, | : | |
| Defendant. | : | |

## ORDER

Upon oral motion of the Government, and for good cause shown, it is this _____ day of June, 2007, hereby ORDERED that the defendant, Jerry Jeffries, report on the morning of June 14, 2007, at 10:00 a.m., to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on charges contained in the information against him in this case, with U.S. Department of Labor Office of Inspector General Agent Edgardo Correa.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


cc:    Donnell W. Turner
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C.  20530

       Leslie McAdoo, Esq.
       1140 19th Street, N.W.
       Suite 602
       Washington, D.C. 20036