UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


United States of America          )
                                  )
v.                                )          Case No.  1:07mj00238
                                  )
Jerry Jeffries                    )
_____ )


Entry of Appearance

Clerk of the Court:

      Kindly please enter the appearance of Leslie McAdoo as counsel of

record for the defendant in the above captioned matter.

                              Respectfully submitted,


                              /s/ Leslie McAdoo
                              Leslie McAdoo
                              Leslie McAdoo, Chartered
                              1140 19th St. NW, Suite 602
                              Washington, DC 20036
                              Bar # 456781
                              (202) 293 0534 telephone
                              (202) 318-3005 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of June 2007, a copy of the

foregoing Entry of Appearance was served electronically to:

> Donnell W. Turner
> U.S. Attorney's Office
> 555 Fourth Street, NW
> Room 4235
> Washington, DC 20530

> /s/ Leslie McAdoo
> Leslie McAdoo