UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 07-238M** |
| | : | |
| **JERRY JEFFRIES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through the United States Attorney for the District of Columbia, hereby requests that the attached proposed Booking Order be made part of the record in this case.

                                              Respectively submitted,

                                              JEFFREY A. TAYLOR,
                                              United States Attorney

                                                  /s/
By: _____
                          Donnell W. Turner
                          Assistant United States Attorney
                          Federal Major Crimes
                          555 4th Street, N.W., Room 4235
                          Washington, D.C. 20530
                          (202) 305-1419

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No. 07-238M |
| | : | |
| v. | : | |
| | : | |
| JERRY JEFFRIES, | : | |
| Defendant. | : | |

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this _____ day of June, 2007, hereby ORDERED that the defendant, Jerry Jeffries, report on the morning of June 14, 2007, at 10:00 a.m., to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on charges contained in the information against him in this case, with U.S. Department of Labor Office of Inspector General Agent Edgardo Correa. Once the defendant is booked, he is to be released from police custody.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:   Donnell W. Turner
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C.  20530

      Leslie McAdoo, Esq.
      1140 19th Street, N.W.
      Suite 602
      Washington, D.C. 20036