UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No. 07-238M |
| | : | |
| v. | : | |
| | : | **FILED** |
| JERRY JEFFRIES, | : | |
| Defendant. | : | JUN 1 4 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 13th day of June, 2007, hereby ORDERED that the defendant, Jerry Jeffries, report on the morning of June 14, 2007, at 10:00 a.m., to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on charges contained in the information against him in this case, with U.S. Department of Labor Office of Inspector General Agent Edgardo Correa. Once the defendant is booked, he is to be released from police custody.

06/13/07

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:  Donnell W. Turner
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, D.C.  20530

     Leslie McAdoo, Esq.
     1140 19th Street, N.W.
     Suite 602
     Washington, D.C. 20036