UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | MAGISTRATE NO.   M-07-238 |
| | : | |
| v. | : | Magistrate Judge John Facciola |
| | : | Sentencing: December 7, 2007 |
| | : | |
| JERRY JEFFRIES | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, recommending that the defendant be sentenced to a sentence of 1 year of probation and restitution. In support thereof, the United States respectfully states the following:

### Background

The Presentence Investigation Report accurately acknowledges the facts of this case. The government notes the transit cards sold by the defendant had a face value of $980, and the value of one of the computers sold was $130. The other computers had a minimal assessed value, if any.

### Statutory Penalties

Pursuant to 22 D.C. Code § 3216, the charge of Taking Property Without Right is 90 days confinement or a $300 fine, or both. Fraud in the Second Degree, 22 D.C. Code § 3221(b) and 32322(b)(2), carries a term of 180 days confinement or a $1000 fine, or both.

Sentencing Recommendation

The government recommends that the defendant be sentenced to one year of probation and be required to pay restitution to the Department of Labor in the amount of $1110. The defendant's systematic and continuous theft of government money requires more significant punishment than simply having the government accept back the money the defendant stole. The government's proposed sentence underscores the serious nature of the offense and will deter the defendant and others from such schemes in the future. However, the government's proposed sentence also recognizes the defendant's contrition, his lack of criminal record, and willingness to resolve this matter without delay, as well as the fact that the defendant will need access to employment in order to pay off his debt to the United States.

WHEREFORE, based upon the above discussion, and the information reflected in the presentence report, the United States respectfully recommends a period of one year of probation.

Respectfully,

JEFFREY A. TAYLOR
United States Attorney


By: _____/s/_____
Jeff Pearlman
ASSISTANT UNITED STATES ATTORNEY
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4231
Washington, D.C. 20530
Phone: (202) 353-2385
Fax: (202) 514-6010
jeffrey.pearlman@usdoj.gov