UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO.  m-07-238 |
| | : | |
| v. | : | Magistrate Judge John Facciola |
| | : | |
| | : | |
| JERRY JEFFRIES | : | |
| | : | |
| Defendant. | : | |

**Motion to Dismiss Count One**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court dismiss Count One of the Information.  Defense counsel does not oppose this request.

           Respectfully,

           JEFFREY A. TAYLOR
           United States Attorney


           By:  _____/s/_____
           Jeff Pearlman
           ASSISTANT UNITED STATES ATTORNEY
           Federal Major Crimes Section
           United States Attorney's Office
           555 Fourth Street, N.W., Room 4231
           Washington, D.C. 20530
           Phone: (202) 353-2385
           Fax: (202) 514-6010
           jeffrey.pearlman@usdoj.gov